**FORM B1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First Middle): | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| **Unger, Michael Alden** | **Unger, Jodi Lynn** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-9652** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-5833** |
| Street Address of Debtor (No. and Street, City, State and Zip Code): **350 PR 7708, Lot 41** **Wills Point, TX 75169** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): **350 PR 7708** **Wills Point, TX 75169** |
| County of Residence or of the Principal Place of Business: **Van Zandt** | County of Residence or of the Principal Place of Business: **Van Zandt** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [x] Individual(s)    [ ] Railroad | | [x] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 |
| [ ] Corporation    [ ] Stockbroker | | [ ] Chapter 9    [ ] Chapter 12 |
| [ ] Partnership    [ ] Commodity Broker | | [ ] Section 304 - Case ancillary to foreign proceeding |
| [ ] Other_____ [ ] Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [x] Consumer/Non-Business    [ ] Business | [x] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- [ ] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | **Michael Alden Unger** |
| | **Jodi Lynn Unger** |

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Alden Unger**
_____
**Michael Alden Unger**

X **/s/ Jodi Lynn Unger**
_____
**Jodi Lynn Unger**

_____
Telephone Number (If not represented by an attorney)

**10/14/2005**
_____
Date

### Signature of Attorney

X **/s/ GORDON MOSLEY**
_____
**GORDON MOSLEY**                    Bar No. **00791311**

**Law Office of Gordon Mosley**
**4411 Old Bullard Rd., Ste. 700**
**Tyler, Texas 75703**

Phone No. **(903) 534-5396**          Fax No. **(903) 581-4038**

**10/14/2005**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual
**10/14/2005**

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ GORDON MOSLEY**                              10/14/2005
_____
**GORDON MOSLEY**                              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

IN RE:   **Michael Alden Unger**                                                    CASE NO
       **Jodi Lynn Unger**

                                         CHAPTER      **7**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

> *The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation   ($209.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income  ($194.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization   ($839.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer   ($239.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this __14th_____ day of __October_____, __2005__ .

_____
**/s/ Michael Alden Unger**
***Michael Alden Unger***

                                            **/s/ Jodi Lynn Unger**
                                            ***Jodi Lynn Unger***

IN RE:  **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $1,550.00 |
| **Amount to be paid:** | $0.00 |
| **Property transferred to attorney:** | $ 209.00 Filing Fee |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services: (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  10/14/2005

  **/s/ Michael Alden Unger**
  *Michael Alden Unger*

  **/s/ GORDON MOSLEY**
  *GORDON MOSLEY*      Bar No.  **00791311**
Law Office of Gordon Mosley
4411 Old Bullard Rd., Ste. 700
Tyler, Texas 75703
Phone: (903) 534-5396 / Fax: (903) 581-4038

  **/s/ Jodi Lynn Unger**
  *Jodi Lynn Unger*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE: **Michael Alden Unger**          CASE NO
**Jodi Lynn Unger**

CHAPTER    **7**

## <u>SCHEDULE A (REAL PROPERTY)</u>

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

IN RE:  **Michael Alden Unger**                     CASE NO
        **Jodi Lynn Unger**

                                                    CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $76.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Southtrust Bank Checking Account # 50261854 | C | $1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Trinity Valley Electric Coop | C | $190.00 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Stove | C | $100.00 |
| | | Microwave | C | $15.00 |
| | | Refrigerator/Freezer | C | $100.00 |
| | | Freezer | C | $50.00 |
| | | Dishwashe | C | $75.00 |
| | | Washing Machine | C | $50.00 |
| | | Dryer | C | $100.00 |
| | | Living room furniture | C | $200.00 |
| | | Bedroom Furniture | C | $600.00 |
| | | Televisions (5) | C | $250.00 |
| | | DVD | C | $50.00 |
| | | Stereo | C | $100.00 |

                                                    Total  >   **$3,456.00**

IN RE:  **Michael Alden Unger**
**Jodi Lynn Unger**

CASE NO

CHAPTER  **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Household tools | C | $500.00 |
| | | Computer (2) | C | $400.00 |
| | | Plates, china | C | $200.00 |
| | | Den furniture | C | $200.00 |
| | | Dining room furniture | C | $100.00 |
| | | Canon Rebel | C | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Antique Buffet | C | $200.00 |
| | | Guitars | C | $500.00 |
| 6. Wearing apparel. | | Clothes | C | $500.00 |
| 7. Furs and jewelry. | | Rings, Earrings, necklace | C | $2,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Softball Equipment | C | $200.00 |
| | | Serse .380 | C | $225.00 |
| | | Smith and Wesson .38 | C | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | Total  > | **$8,181.00** |

IN RE:  **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Marathon Oil Corporation-DRS Shares- 3.947 | C | $280.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Total  > | $8,461.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:   **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford F-150 Pick Up | C | $19,025.00 |
| | | 199 Jeep Wrangler | C | $11,500.00 |
| | | 1985 Cadillac | C | $500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Desks (2) | C | $100.00 |
| | | Filing Cabinet | C | $25.00 |
| | | Misc. Supplies | C | $75.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 4 dogs | C | $50.00 |
| | | | Total  > | **$39,736.00** |

IN RE:   **Michael Alden Unger**                                    CASE NO
         **Jodi Lynn Unger**

                                                                    CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | $39,736.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:  **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

# SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | 11 U.S.C. § 522(d)(5) | $76.00 | $76.00 |
| Southtrust Bank Checking Account # 50261854 | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| Trinity Valley Electric Coop | 11 U.S.C. § 522(d)(5) | $190.00 | $190.00 |
| Stove | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Microwave | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Refrigerator/Freezer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Freezer | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Dishwashe | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Washing Machine | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Dryer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Living room furniture | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Bedroom Furniture | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$125.00 | $600.00 |
| Televisions (5) | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| DVD | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Stereo | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | | **$2,956.00** | **$2,956.00** |

IN RE:   **Michael Alden Unger**
   **Jodi Lynn Unger**

CASE NO

CHAPTER  **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household tools | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$25.00 | $500.00 |
| Computer (2) | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Plates, china | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Den furniture | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Dining room furniture | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Canon Rebel | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Antique Buffet | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Guitars | 11 U.S.C. § 522(d)(5) | $500.00 | $500.00 |
| Clothes | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$25.00 | $500.00 |
| Rings, Earrings, necklace | 11 U.S.C. § 522(d)(4)<br>11 U.S.C. § 522(d)(5) | $450.00<br>$1,550.00 | $2,000.00 |
| Softball Equipment | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Serse .380 | 11 U.S.C. § 522(d)(5) | $225.00 | $225.00 |
| Smith and Wesson .38 | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| Marathon Oil Corporation-DRS Shares- 3.947 | 11 U.S.C. § 522(d)(5) | $280.00 | $280.00 |
| 2003 Ford F-150 Pick Up | 11 U.S.C. § 522(d)(5) | $0.00 | $19,025.00 |
| 199 Jeep Wrangler | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $2,950.00<br>$6,868.00 | $11,500.00 |
| 1985 Cadillac | 11 U.S.C. § 522(d)(2) | $500.00 | $500.00 |
| | | **$18,779.00** | **$39,486.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **Michael Alden Unger**                           CASE NO
         **Jodi Lynn Unger**
                                                           CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Desks (2) | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Filing Cabinet | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Misc. Supplies | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 4 dogs | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| | | **$19,029.00** | **$39,736.00** |

IN RE: **Michael Alden Unger**                                   CASE NO
        **Jodi Lynn Unger**

                                                                CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $76.00 | $0.00 | $76.00 | $76.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $190.00 | $0.00 | $190.00 | $190.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $3,190.00 | $0.00 | $3,190.00 | $3,190.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 6. | Wearing apparel. | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 7. | Furs and jewelry. | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $525.00 | $0.00 | $525.00 | $525.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Stock and interests in incorporated... | $280.00 | $0.00 | $280.00 | $280.00 | $0.00 |
| 13. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

IN RE: **Michael Alden Unger**
**Jodi Lynn Unger**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Automobiles, trucks, trailers, vehicles... | $31,025.00 | $22,370.00 | $10,318.00 | $10,318.00 | $0.00 |
| 24. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Office equipment, furnishings... | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 27. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Animals. | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 30. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$39,736.00** | **$22,370.00** | **$19,029.00** | **$19,029.00** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

IN RE:  **Michael Alden Unger**                                      CASE NO
        **Jodi Lynn Unger**

                                                                     CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$39,736.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$39,736.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$22,370.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$22,370.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$19,029.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$19,029.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $11,214.00, Available: $9,236.00) | **$19,029.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 33912852<br><br>**Ford Motor Credit**<br>**c/o Correspondence**<br>**P.O. Box 152271**<br>**Irving, TX 75015** | | C | DATE INCURRED: **01/2003**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2003 Ford F150 Lariat 4WD**<br>REMARKS:<br><br>COLLATERAL VALUE: **$19,025.00** | | | | **$20,688.00** | **$1,663.00** |
| ACCT #: 005-0350-16616<br><br>**General Motors Acceptance**<br>**PO Box 660208**<br>**Dallas, Tx 75266** | | C | DATE INCURRED: **03/2000**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1999 Jeep Wrangler**<br>REMARKS:<br><br>COLLATERAL VALUE: **$11,500.00** | | | | **$1,682.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____**No**_____ continuation sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | **$22,370.00**    **$1,663.00** |
| Running Total > | **$22,370.00**    **$1,663.00** |

IN RE:   **Michael Alden Unger**                                    CASE NO
         **Jodi Lynn Unger**
                                                                    CHAPTER   **7**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3), as amended by § 1401 of Pub. L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **98158260**<br>**Airborne Express**<br>**P.O. Box 91001**<br>**Seattle, WA 98001** | | C | DATE INCURRED: **04/2002**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $30.05 |
| ACCT #: **V00011827763**<br>**Arlington Memorial Hospital**<br>**800 W. Randol Mill Rd.**<br>**Arlington, Texas 76012** | | C | DATE INCURRED: **05/2004**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $3,030.00 |
| ACCT #: **1702-7295**<br>**Asset Acceptance Corp**<br>**7027 Miller Dr**<br>**Warren MI  48092** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for SWB** | | | | Notice Only |
| ACCT #: **831718-618085**<br>**Beneficial**<br>**1220 N Town Blvd, Ste 210**<br>**Mesquite Texas  75150** | | C | DATE INCURRED: **11/2002**<br>CONSIDERATION:<br>**Signature Loan**<br>REMARKS: | | | | $3,200.00 |
| ACCT #: **1261-1605-0030-1010-2479**<br>**CACV of Colorado, LLC**<br>**P.O. Box 1390**<br>**Anaheim, CA 92815** | | C | DATE INCURRED: **12/1998**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Direct Merchants Bank** | | | | Notice Only |
| ACCT #: **4431-2300-0002-0366**<br>**California Commerce Bank**<br>**2029 Century Park East, 42nd FL**<br>**Los Angeles, CA 90067** | | C | DATE INCURRED: **09/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,582.00 |
| ACCT #: **4121-7413-9691-1948**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond VA  23285** | | C | DATE INCURRED: **04/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**4388-6418-3868-4111** | | | | $2,796.20 |

_____**4**_____ continuation sheets attached

Total for this Page (Subtotal) > **$13,638.25**

Running Total > **$13,638.25**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CCB Credit Services**<br>**5300 South Sixth Street**<br>**Springfield, IL 62703** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for GM Card** | | | | **Notice Only** |
| ACCT #:  **348171364 / 348170749**<br>**Cingular Wireless**<br>**P.O. Box 650553**<br>**Dallas, Texas 75265-0553** | | C | DATE INCURRED:   **6/2004**<br>CONSIDERATION:<br>**Cell Phone Bill**<br>REMARKS: | | | | **$635.25** |
| ACCT #:  **5424-1804-2207-5199**<br>**Citi Advantage**<br>**P.O Box 6000**<br>**The Lakes, NV 89163** | | C | DATE INCURRED:   **06/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,465.39** |
| ACCT #:  **5470-9400-0010-4247**<br>**Corvette Master Card**<br>**PO Box 81622**<br>**Salinas, CA 93912** | | C | DATE INCURRED:   **05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,622.88** |
| ACCT #:  **28981**<br>**Cozby-Germany Hospital**<br>**707 N Waldrip**<br>**Grand Saline Texas  75140** | | C | DATE INCURRED:   **05/2004**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS:<br>**23864** | | | | **$769.55** |
| ACCT #:  **4746-7210-9605-6045**<br>**Direct Merchants Bank**<br>**PO Box 29468**<br>**Phoenix, AZ 85038** | | C | DATE INCURRED:   **12/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,476.00** |
| ACCT #:  **348170749**<br>**Financial Asset Management**<br>**Systems, Inc.**<br>**P.O. Box 926050**<br>**Norcross, GA 30010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Cingular Wireless** | | | | **Notice Only** |

Total for this Page (Subtotal) >  **$12,969.07**

Running Total >  **$26,607.32**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Financial Corp of America**<br>**PO Box 16468**<br>**Austin Texas 78761** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Arlington Memorial Hospital** | | | | **Notice Only** |
| ACCT #: **4458-3703-2429-7569**<br>**First Tennessee Bank**<br>**Bankcard Center**<br>**PO Box 1545**<br>**Memphis TN 38101** | | C | DATE INCURRED: **05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,250.00** |
| ACCT #: **8966543095**<br>**Florida Power & Light**<br>**P.O. Box 025576**<br>**Miami, FL 32102** | | C | DATE INCURRED: **6/2002**<br>CONSIDERATION:<br>**Utility Bills**<br>REMARKS: | | | | **$199.70** |
| ACCT #: **5466-4103-0198-9908**<br>**GM Card**<br>**P.O. Box 80082**<br>**Salinas, CA 93912-0082** | | C | DATE INCURRED: **4325.6**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **14133562**<br>**Green Tree Servicing**<br>**73605 Kyrene Rd, Mail Stop T112**<br>**Tempe, AZ 85283** | | C | DATE INCURRED: **8/2000**<br>CONSIDERATION:<br>**Deficiency on Reposes M/H**<br>REMARKS: | | | | **$37,987.00** |
| ACCT #: **6035-3201-7687-9359**<br>**Home Depot**<br>**PO Box 689101**<br>**Des Moines, IA 50368** | | C | DATE INCURRED: **12/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,652.00** |
| ACCT #: **1029028981000001**<br>**Hospital Receivables Service, Inc.**<br>**PO Box 816165**<br>**Dallas Texas 75381** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Cozby Memorial Hospital** | | | | **Notice Only** |

Total for this Page (Subtotal) > **$45,088.70**

Running Total > **$71,696.02**

IN RE: **Michael Alden Unger**
**Jodi Lynn Unger**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5407-9150-127-8836**<br>**Household Bank**<br>**PO Box 60102**<br>**City of Industry CA 91716-0101** | | C | DATE INCURRED: **04/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,300.16 |
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | C | DATE INCURRED: **2001**<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | $2,415.52 |
| ACCT #: **26935**<br>**Joan L. Bergstrom, MD**<br>**PO Box 1143**<br>**Arlington, Texas 76004** | | C | DATE INCURRED: **05/2004**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $0.00 |
| ACCT #: **4283-4774-89**<br>**MBGA/JC Penney**<br>**PO Box 981131**<br>**El Paso, Texas 79998** | | C | DATE INCURRED: **12/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,723.00 |
| ACCT #: **6011-6562-0004-1971**<br>**Office Depot**<br>**P.O. Box 689182**<br>**Des Moines, IA 50368** | | C | DATE INCURRED: **4/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $913.14 |
| ACCT #: **817-498-0904-9235**<br>**Southwestern Bell**<br>**PO Box 930170**<br>**Dallas Texas 75393-0170** | | C | DATE INCURRED: **05/2001**<br>CONSIDERATION:<br>**Phone Bill**<br>REMARKS: | | | | $214.00 |
| ACCT #: **5480-4200-2261-2228**<br>**Union Plus**<br>**PO Box 80027**<br>**Salinas CA 93912** | | C | DATE INCURRED: **05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,295.10 |

Total for this Page (Subtotal) > **$8,860.92**

Running Total > **$80,556.94**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Van Zandt County Appraisal Dist**<br>**PO Box 926**<br>**Canton Texas  75103-0926** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Van Zandt County Tax Assessor**<br>**PO Box 457**<br>**Canton TX  75103** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total for this Page (Subtotal) >  **$0.00**

Running Total >  **$80,556.94**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **Michael Alden Unger**                                    CASE NO
         **Jodi Lynn Unger**
                                                                  CHAPTER    **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Brook Mays Musical Group**<br>8605 John Carpenter Freeway<br>Dallas, Texas 75247 | Trombone & Tumpet- Used for School Band<br>Contract to be ASSUMED |
| **MTM Enterprises**<br>5721 Mona Lane<br>Dallas, Texas 75236 | Contract for title<br><br>28 X 72 Fleetwood M/H with 20 X 40 Addition; includes lot rental<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **Michael Alden Unger**                                    CASE NO
         **Jodi Lynn Unger**
                                                            CHAPTER   **7**

## <u>SCHEDULE H (CODEBTORS)</u>

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

IN RE: **Michael Alden Unger**                    CASE NO
**Jodi Lynn Unger**

CHAPTER    **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | M.U. | 13 | Daughter | | | |
| | B.U | 11 | Son | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Sales; salaried | Unemployed |
| Name of Employer | Grupo Alta | |
| How Long Employed | 10 Months | |
| Address of Employer | Pedernal 440 Col. Jardines del Pedregal Mexico, DF. 01900 | |

| Income: (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $6,500.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$6,500.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $0.00 |
| B. Social Security Tax | $0.00 | $0.00 |
| C. Medicare | $0.00 | $0.00 |
| D. Insurance | $0.00 | $0.00 |
| E. Union dues | $0.00 | $0.00 |
| F. Retirement | $0.00 | $0.00 |
| G. Other (specify) _____ | $0.00 | $0.00 |
| H. Other (specify) _____ | $0.00 | $0.00 |
| I. Other (specify) _____ | $0.00 | $0.00 |
| J. Other (specify) _____ | $0.00 | $0.00 |
| K. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | **$0.00** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$6,500.00** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 1._____ | $0.00 | $0.00 |
| 2._____ | $0.00 | $0.00 |
| 3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$6,500.00** | **$0.00** |

**TOTAL COMBINED MONTHLY INCOME  $6,500.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:  **Michael Alden Unger**
**Jodi Lynn Unger**

CASE NO

CHAPTER  **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home)<br>Are real estate taxes included?   ☑ Yes   ☐ No<br>Is property insurance included?   ☑ Yes   ☐ No | |
| **Utilities:**  Electricity and heating fuel | $260.00 |
| Water and sewer | $46.00 |
| Telephone | $176.00 |
| Other:  Satellite Service | $110.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $900.00 |
| Clothing | $150.00 |
| Laundry and dry cleaning | $50.00 |
| Medical and dental expenses (not covered by insurance) | $350.00 |
| Transportation (not including car payments) | $600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| Charitable contributions | |
| **Insurance**   (not deducted from wages or included in home mortgage payments)<br>Homeowner's or renter's | |
| Life | $250.00 |
| Health | |
| Auto | $182.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Est. Income Tax Liability | $650.00 |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan)<br>Auto: | |
| Other:  Ford Motor Credit - 2003 Ford F-150 Pick | $675.00 |
| Other: General Motors Acceptance - 1999 Jeep Wr | $544.00 |
| Other: MTM Enterp. homestead | $1,183.00 |
| Alimony, maintenance, and support paid to others:<br>Payments for support of add'l dependents not living at debtor's home:<br>Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>Other:   See attached personal expenses<br>Other: | <br><br><br>$488.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$6,714.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses (including separate spouse budget if applicable)

C. Excess income (A minus B)

D. Total amount to be paid into plan each                                    (interval)

IN RE:   **Michael Alden Unger**                    CASE NO
         **Jodi Lynn Unger**

                                                    CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Garbage Pick Up | **$20.00** |
| Internet Service | **$20.00** |
| Remington College Fees for Daughter | **$100.00** |
| School Band instruments Rental | **$110.00** |
| Cell Phones (3) | **$123.00** |
| Personal Grooming | **$40.00** |
| Pet Expense | **$25.00** |
| Propane Gas | **$50.00** |
| **Total >** | **$488.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **Michael Alden Unger**                                     CASE NO
        **Jodi Lynn Unger**
                                                    CHAPTER   **7**

## <u>SUMMARY OF SCHEDULES</u>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $39,736.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $22,370.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $80,556.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,714.00 |
| Total Number of Sheets of ALL Schedules > | | 21 | | | |
| Total Assets > | | | $39,736.00 | | |
| Total Liabilities > | | | | $102,926.94 | |

IN RE:   **Michael Alden Unger**                                            CASE NO
          **Jodi Lynn Unger**
                                                 CHAPTER     **7**

## <u>DECLARATION CONCERNING DEBTOR'S SCHEDULES</u>

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **22**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **10/14/2005**                                      Signature   **/s/ Michael Alden Unger**
                                                      **Michael Alden Unger**

Date  **10/14/2005**                                        Signature   **/s/ Jodi Lynn Unger**
                                                      **Jodi Lynn Unger**

                                                     [If joint case, both spouses must sign.]

IN RE:   **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

# <u>STATEMENT OF FINANCIAL AFFAIRS</u>

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $ 69,300.00 | 2005 |
| $ 39,300.00 | 2004 |
| $ 36,100.00 | 2003 |
| | |
| | Debtor's Earned Income |
| | |
| $      0.00 | 2005 |
| $ 1,161.27 | 2004 |
| $ 3,158.38 | 2003 |
| | |
| | Joint Debtor's Earned Income |

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

### 3. Payments to creditors

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| MTM Enterprises Lavon Wells Agent 5721 Mona Lane Dallas, TX 75236 | Last 90 Days | $ 3549.00 | Approx. $ 35,000.00 owed on contract for title |
| General Motors Acceptance PO Box 660208 Dallas, Tx 75266 | Last 90 Days | $ 2,190.76 | $ 1,682.00 |
| Ford Motor Credit c/o Correspondence P.O. Box 152271 Irving, TX 75015 | Last 90 Days | $ 2,061.61 | $ 20,688.00 |

---

None
☑

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

IN RE:  **Michael Alden Unger**
       **Jodi Lynn Unger**

CASE NO

CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None ☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Green Tree Servicing**<br>**73605 Kyrene Rd, Mail Stop T112**<br>**Tempe, AZ 85283** | **09/09/2005** | **1992 Pace Arrow Motor Home**<br>**$ 30,000.00** |

---

None ☑

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:   **Michael Alden Unger**
         **Jodi Lynn Unger**

CASE NO

CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gordon Mosley 4411 Old Bullard Rd., Ste. 700 Tyler, Texas 75703 | 10/13/2005 | $1,550.00 |

---

### 10. Other transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 359 Private Rd. 7708 Wills Point, TX. 75169 | Michael and Jodi Unger | 06/2002 to 11/2004 |

IN RE:   **Michael Alden Unger**                    CASE NO
         **Jodi Lynn Unger**
                                                     CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☑

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

IN RE:   **Michael Alden Unger**
　　　　**Jodi Lynn Unger**

CASE NO

CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑
　　a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑
　　b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑
　　c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑
　　d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

### 20. Inventories

None
☑
　　a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑
　　b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None
☑
　　a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑
　　b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None
☑
　　a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☑
　　b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:  **Michael Alden Unger**
        **Jodi Lynn Unger**

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

IN RE:  **Michael Alden Unger**                                        CASE NO
        **Jodi Lynn Unger**
                                                                       CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any

attachments thereto, consisting of _____**7**_____ sheets, and that they are true and correct.

Date **10/14/2005** _____          Signature ____ **/s/ Michael Alden Unger** _____
                                                  of Debtor    **Michael Alden Unger**

Date **10/14/2005** _____          Signature ____ **/s/ Jodi Lynn Unger** _____
                                                  of Joint Debtor **Jodi Lynn Unger**
                                                  (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.*
*Sections 152 and 3571*

IN RE:   **Michael Alden Unger**                              CASE NO
         **Jodi Lynn Unger**
                                                             CHAPTER     **7**

# VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/14/2005                                    Signature  /s/ Michael Alden Unger
                                                               **Michael Alden Unger**


Date  10/14/2005                                    Signature  /s/ Jodi Lynn Unger
                                                               **Jodi Lynn Unger**

Airborne Express
P.O. Box 91001
Seattle, WA 98001


Arlington Memorial Hospital
800 W. Randol Mill Rd.
Arlington, Texas 76012


Asset Acceptance Corp
7027 Miller Dr
Warren MI  48092


Attorney General of Texas
Taxation Div - Bankruptcy
Box 12548 Capitol Station
Austin Texas  78711


Beneficial
1220 N Town Blvd, Ste 210
Mesquite Texas  75150


Brook Mays Musical Group
8605 John Carpenter Freeway
Dallas, Texas 75247


CACV of Colorado, LLC
P.O. Box 1390
Anaheim, CA 92815


California Commerce Bank
2029 Century Park East, 42nd FL
Los Angeles, CA 90067


Capital One
PO Box 85015
Richmond VA  23285

CCB Credit Services
5300 South Sixth Street
Springfield, IL 62703


Cingular Wireless
P.O. Box 650553
Dallas, Texas 75265-0553


Citi Advantage
P.O Box 6000
The Lakes, NV 89163


Corvette Master Card
PO Box 81622
Salinas, CA 93912


Cozby-Germany Hospital
707 N Waldrip
Grand Saline Texas   75140


Direct Merchants Bank
PO Box 29468
Phoenix, AZ 85038


Financial Asset Management
Systems, Inc.
P.O. Box 926050
Norcross, GA 30010


Financial Corp of America
PO Box 16468
Austin Texas   78761


First Tennessee Bank
Bankcard Center
PO Box 1545
Memphis TN 38101

Florida Power & Light
P.O. Box 025576
Miami, FL  32102


Ford Motor Credit
c/o  Correspondence
P.O. Box 152271
Irving, TX 75015


General Motors Acceptance
PO Box 660208
Dallas, Tx 75266


GM Card
P.O. Box 80082
Salinas, CA 93912-0082


Green Tree Servicing
73605 Kyrene Rd, Mail Stop T112
Tempe, AZ 85283


Home Depot
PO Box  689101
Des Moines, IA 50368


Hospital Receivables Service, Inc.
PO Box 816165
Dallas Texas  75381


Household Bank
PO Box 60102
City of Industry CA  91716-0101


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures Branch
P.O. Box 21126
Philadelphia, PA 19114


Joan L. Bergstrom, MD
PO Box 1143
Arlington, Texas 76004


MBGA/JC Penney
PO Box 981131
El Paso, Texas 79998


MTM Enterprises
5721 Mona Lane
Dallas, Texas 75236


Office Depot
P.O. Box 689182
Des Moines, IA 50368


Southwestern Bell
PO Box 930170
Dallas Texas  75393-0170


State Comp of Public Accts
ATTN: Bankruptcy Section
PO Box 13528
Austin Texas  78711


Texas Workforce Commission
Attn: Bankruptcy Information
101 E 15th St
Austin Texas  78778-0001


Union Plus
PO Box 80027
Salinas CA  93912

United States Attorney
110 N College
Suite 700
Tyler Texas  75702


United States Attorney General
Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 50530-0001


United States Trustee
110 N College Ave
Suite 300
Tyler Texas  75702


Van Zandt County Appraisal Dist
PO Box 926
Canton Texas  75103-0926


Van Zandt County Tax Assessor
PO Box 457
Canton TX  75103

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE: **Michael Alden Unger**
**Jodi Lynn Unger**

CASE NO

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

### a. Property to Be Surrendered.

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

### b. Property to Be Retained. (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 2003 Ford F150 Lariat 4WD | Ford Motor Credit c/o Correspondence P.O. Box 152271 Irving, TX 75015 33912852 | ☐ | ☐ | ☑ | ☐ |
| 1999 Jeep Wrangler | General Motors Acceptance PO Box 660208 Dallas, Tx 75266 005-0350-16616 | ☐ | ☐ | ☑ | ☐ |

Date **10/14/2005**

Signature  **/s/ Michael Alden Unger**
*Michael Alden Unger*

Date **10/14/2005**

Signature  **/s/ Jodi Lynn Unger**
*Jodi Lynn Unger*

IN RE:   **Michael Alden Unger**                          CASE NO
         **Jodi Lynn Unger**
                                                          CHAPTER     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

### CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date  **10/14/2005**                                     **/s/ GORDON MOSLEY**
                                                         **GORDON MOSLEY**